# MICHAEL H. SPORN
ATTORNEY AT LAW
_____

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY	42-40 BELL BOULEVA RD
NEW YORK, NEW YORK 10007	BAYSIDE, NEW YORK 11361

September 9, 2022

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Ruben Ayala
Ind. No. 22 Cr. 282  (VSB)

Dear Judge Broderick:

    With the consent of the government, I write to request that the briefing schedule for a motion filed yesterday[1] be extended to September 23, 2022 to permit counsel to supplement submissions with an affidavit from Mr. Ayala (who is in custody).  The government's opposition would be extended to October 7 and any reply to October 14.  The next status conference. currently scheduled for October 14, 2021 would be adjourned to October 21 or any date that may be convenient to the Court.  The defendant consents to an Order excluding time under the Speedy Trial Act at 18 U.S.C. §3161(h)(7)(A) until the adjourned date.  Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn

Michael H. Sporn

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  09/09/2022

MHS/ss
Cc:  Matthew Andrews, Esq.

The status conference scheduled for October 14, 2022 is hereby adjourned to October 21, 2022 at 11:00 a.m.  The adjournment is necessary to permit defense counsel to supplement their submissions with an affidavit from the Defendant. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 14, 2022 and October 21, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

---

[1]    Docket Nos. 12, 13 & 14.