**MICHAEL H. SPORN**
ATTORNEY AT LAW
_____

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY                                                                42-40 BELL BOULEVA RD
NEW YORK, NEW YORK 10007                                                    BAYSIDE, NEW YORK 11361

October 14, 2022

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                  Re:  <u>United States v. Ruben Ayala</u>
                     Ind. No. 22 Cr. 282  (VSB)

Dear Judge Broderick:

      This letter is respectfully submitted to request that the status conference currently scheduled for October 21, 2022 be adjourned to a date convenient to the Court in mid-December, or January of next year.  Submissions are complete from both sides on Mr. Ayala's motion to suppress.  Unless your Honor prefers oral argument on the motion, the Court will either direct an evidentiary hearing before deciding the motion; or resolve it without a hearing.  At that point we can confer on next steps which may involve setting a trial date.  The government consents to this request.  Thank you for your consideration of this matter.

                                                        Respectfully submitted,

                                                        *Michael Sporn* (digitally signed 2022.10.14 16:29:47 -04'00')

                                                        Michael H. Sporn

MHS/ss
Cc:  Matthew Andrews, Esq.

The status conference scheduled for October 21, 2022 is hereby adjourned to January 13, 2023 at 3:00 p.m.  The adjournment is necessary to allow the court to review the submissions.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between October 21, 2022 and January 13, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
10/19/2022