UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
:
:
            -v-                                              :        22-cr-282 (VSB)
:
:                        **ORDER**
:
RUBEN AYALA,                                             :
:
                              Defendant.       :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of a letter from Michael Sporn.  In the letter, Mr. Sporn states that he and Defendant Ruben Ayala have suffered a complete breakdown in communications based on a lack of trust.

The parties are hereby ORDERED to appear for a change of counsel hearing on Wednesday February 1, 2023, at 10:00 a.m. in Courtroom 24B at 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:  January 31, 2023
            New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge