UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
          -v-                               :
                                            :               22-CR-282 (VSB)
RUBEN AYALA,                                :
                                            :               **ORDER**
                        Defendant.          :
                                            :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Trial is scheduled to begin in this matter on Monday, August 26, 2024.  The parties are

directed to appear for a conference on Friday, July 26, 2024 at 10:00 A.M. in Courtroom 518 of

the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

10007.  The parties should be prepared to discuss the trial, including deadlines for the parties'

pretrial submissions.

SO ORDERED.

Dated: July 18, 2024
        New York, New York

                                    Vernon Broderick
                                    Vernon S. Broderick
                                    United States District Judge